UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD RAWLINGS,<br>               Plaintiff(s),<br>   v.<br>AMERICAN OPTICAL CORPORATION et al,<br>               Defendant(s). | CASE NO. C23-1794-KKE<br><br>ORDER ON STIPULATION TO REMAND |

This matter comes before the Court on Plaintiff and Defendant Greene, Tweed & Co., Inc.'s stipulated motion to immediately remand this removed action to state court. Dkt. No. 71. The parties' stipulation is GRANTED. The case is REMANDED to Superior Court of the State of Washington, in and for the County of King.

The Clerk is directed to close the case.

Dated this 30th day of November, 2023.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER ON STIPULATION TO REMAND - 1